UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. DOYNE HOSPITAL<br>c/o Milwaukee County DHS<br>901 North 9th Street<br>Milwaukee, WI 53233<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, in his capacity as<br>Secretary of the Department of Health and<br>Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:07-cv-01592 [JDB]<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ERRATA SHEET

PLEASE TAKE NOTICE that on September 7, 2007, the undersigned filed a Complaint for Judicial Review of Final Adverse Agency Decision on Medicare Reimbursement in the above-captioned matter and inadvertently omitted the parties' addresses in the caption. Please find attached a new first page amending the Complaint which lists the parties' addresses.

Dated: September 18, 2007

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Simon E. Dance (Bar No. 436432)
　　　　　　　　　　　　　　　　　　　　　Foley & Lardner LLP
　　　　　　　　　　　　　　　　　　　　　3000 K Street NW, Suite 500
　　　　　　　　　　　　　　　　　　　　　Washington, DC  20007
　　　　　　　　　　　　　　　　　　　　　202.672.5300 (phone)
　　　　　　　　　　　　　　　　　　　　　202.672.5399 (fax)

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of September, 2007 the foregoing Errata Sheet with attached page one of the Amended Complaint for Judicial Review of Final Adverse Agency Decision on Medicare Reimbursement was filed with this court via ECF and was served, via first-class, certified mail on the following parties:

> Michael O. Leavitt, Secretary
> U.S. Department of Health and Human Services
> 200 Independence Avenue, S.W.
> Washington, D.C. 20201
>
> United States Attorney for the District of Columbia
> Judiciary Center Building
> 555 Fourth Street, N.W.
> Washington, D.C. 20530
>
> United States Attorney General
> U.S. Department of Justice, Office of Attorney General
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001

_____
Simon E. Dance

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. DOYNE HOSPITAL<br>c/o Milwaukee County DHS<br>901 North 9th Street<br>Milwaukee, WI 53233<br><br>　　　　Plaintiff,<br>　v.<br><br>MICHAEL O. LEAVITT, in his capacity as<br>Secretary of the Department of Health and<br>Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 1:07-cv-01592 [JDB]<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### FIRST AMENDED COMPLAINT FOR JUDICIAL REVIEW OF
### FINAL ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

1.　Plaintiff, John L. Doyne Hospital ("Plaintiff" or "Hospital"), brings this action for an order compelling the Secretary of the Department of Health and Human Services (the "Secretary" or "Defendant"), to reimburse the Hospital for claimed post-retirement health benefit costs in accordance with Title XVIII of the Social Security Act, 42 U.S.C. § 1395 *et seq.*, and the Secretary's own regulations for the time period at issue. The Hospital has been wrongfully denied Medicare program reimbursement to which it is legally entitled for the time period it participated in the Medicare program.

### PARTIES

2.　Plaintiff, John L. Doyne Hospital (Medicare Provider Number 52-0174), participated in the Medicare program as an approved provider of hospital services until its closure and termination from the Medicare program on December 22, 1995.

3.　Milwaukee County (the "County"), a governmental entity, was the owner and operator of the Hospital.