UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. DOYNE HOSPITAL,<br>      Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of<br>   Health and Human Services,<br>      Defendant. | )<br>)<br>)<br>)   Civil No. 07-1592 (JDB)<br>)<br>)   **ECF**<br>)<br>)<br>) |

### **PRAECIPE**

Defendant requests that the Clerk of the Court enter the appearance of Paul E. Soeffing as agency counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/ Paul E. Soeffing
PAUL E. SOEFFING
Attorney
D.C. Bar No. 459480
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
410-786-1895

OF COUNSEL:

DANIEL MERON
General Counsel

CAROL J. BENNETT
Acting Associate General Counsel

MARK D. POLSTON
Deputy Associate General
   Counsel for Litigation

United States Department of
   Health and Human Services