# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. DOYNE HOSPITAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-1592 (JDB) |
| | ) |
| MICHAEL O. LEAVITT, Secretary of | ) **ECF** |
| Health and Human Services, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT PROPOSED BRIEFING SCHEDULE

In accordance with the Court's Order of November 26, 2007, the parties have conferred and agreed to the following briefing schedule for the filing of dispositive motions, which is incorporated in the attached proposed scheduling order:

| | |
|---|---|
| March 21, 2008:[1] | Plaintiff's Motion for Summary Judgment |
| May 20, 2008: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| July 3, 2008: | Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| August 1, 2008: | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment |

Should the Court believe that oral argument would be helpful, the parties respectfully request that the Court set this matter down for oral argument as soon thereafter as may be convenient for the Court.

---

[1] This date provides up-front time for the parties to explore settlement of this case.

Respectfully submitted,

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|

    /s/                                              /s/

SIMON E. DANCE                JEFFREY A. TAYLOR, D.C. Bar No. 498610
D.C. Bar No. 436432            United States Attorney
Foley & Lardner LLP
3000 K Street N.W., Suite 500         /s/
Washington, D.C. 20007         CHRISTOPHER B. HARWOOD
(202) 672-5300                     Assistant United States Attorney
(202) 672-5399 (fax)           Judiciary Center Building
                                      555 4th Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 307-0372

                                          /s/
                                      PAUL E. SOEFFING, D.C. Bar No. 459480
                                      Attorney
                                      U.S. Department of Health and Human Services
                                      Office of the General Counsel
                                      Centers for Medicare & Medicaid Services Division
                                      Room C2-05-23
                                      7500 Security Boulevard
                                      Baltimore, Maryland 21244-1850
                                      (410) 786-1895

                                      OF COUNSEL:

                                      DANIEL MERON
                                      General Counsel

                                      CAROL J. BENNETT
                                      Acting Associate General Counsel

                                      MARK D. POLSTON
                                      Deputy Associate General
                                        Counsel for Litigation

                                      United States Department of
                                        Health and Human Services

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN L. DOYNE HOSPITAL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil No. 07-1592 (JDB) |
| | ) |
| MICHAEL O. LEAVITT, Secretary of | )    **ECF** |
|   Health and Human Services, | ) |
| | ) |
|     Defendant. | ) |

## SCHEDULING ORDER

Upon review of the parties' Joint Proposed Briefing Schedule and finding that the briefing schedule proposed by the parties is acceptable to this Court, it is this ____ day of _____, 2007, hereby ORDERED that:

Summary judgment motions, oppositions, and replies shall be filed with the Court in accordance with the following schedule:

| | |
|---|---|
| March 21, 2008: | Plaintiff's Motion for Summary Judgment |
| May 20, 2008: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| July 3, 2008: | Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| August 1, 2008: | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment |

SO ORDERED.

 

                                                JOHN D. BATES
                                                United States District Judge