UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. DOYNE HOSPITAL,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>United States Department of Health and<br>Human Services,<br><br>    Defendant. | Civil Action No.  07-1592 (JDB) |

## SCHEDULING ORDER

Upon consideration of [9] the parties' jointly proposed briefing schedule, it is hereby

**ORDERED** that the following schedule shall govern the proceedings in this matter:

1. The administrative record shall be filed by not later than March 7, 2008.

2. Plaintiffs' motion for summary judgment shall be filed by not later than March 21, 2008.

3. Defendants' response and cross-motion for summary judgment shall be filed by not later than May 20, 2008.

4. Plaintiffs' reply in support of their motion for summary judgment and response to defendants' cross-motion for summary judgment shall be filed by not later than July 3, 2008.

5. Defendants' reply in support of their motion for summary judgment shall be filed by not later than August 1, 2008.

/s/<br>
JOHN D. BATES<br>
United States District Judge

Dated:    December 14, 2007