AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JOHN L. DOYNE HOSPITAL,

|  |  |
|---|---|
| Plaintiff(s) ) | **APPEARANCE** |
| ) | |
| vs.  ) | CASE NUMBER   1:07-cv-01592-JDB |
| MICHAEL O. LEAVITT, Secretary of Health ) and Human Services, ) | |
| Defendant(s) ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Lena Robins__ as counsel in this
(Attorney's Name)

case for: __John L. Doyne Hospital__
(Name of party or parties)

__1/8/08__  
Date

_signature_  
Signature

__457251__  
BAR IDENTIFICATION

Lena Robins  
Print Name

3000 K Street, NW  
Address

Washington, DC  20007  
City          State          Zip Code

202-295-4790  
Phone Number