UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. DOYNE HOSPITAL,   ) | |
| )| |
| Plaintiff,   ) | |
| ) | Case No. 1:07-cv-01592 (JDB) |
| v.   ) | |
| ) | |
| MICHAEL O. LEAVITT,   ) | |
| Secretary of the United States   ) | |
| Department of Health and   ) | |
| Human Services,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

**NOTICE OF APPEARANCE**

The Clerk will please **enter** the appearance of Lawrence J. Harder and **withdraw** the appearance of Paul E. Soeffing as counsel for the Defendant in the above-entitled case.

Respectfully submitted,


s/LAWRENCE J. HARDER
LAWRENCE J. HARDER
Supervisory Trial Attorney
Department of Health and Human Services
Office of the General Counsel
Health Care Financing Division
7500 Security Blvd., C2-05-23
Baltimore, MD 21244-1850
(410) 786-8080