UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. DOYNE HOSPITAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-1592 (JDB) |
| ) | |
| MICHAEL O. LEAVITT, Secretary, U.S. ) | |
| Department of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION FOR EXTENSION
OF THE BRIEFING SCHEDULE**

Plaintiff John L. Doyne Hospital and Defendant Michael O. Leavitt, Secretary of Health and Human Services, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully request an extension to the agreed-upon briefing schedule. In support of this motion, the parties state as follows:

1. The parties, through their counsel, have engaged in preliminary discussions regarding a possible settlement of this matter and need additional time to further develop their positions.

2. The parties intend to continue their settlement discussions in the hope of resolving this matter without further litigation.

3. In light of these settlement discussions, the parties have conferred and agreed to move this Court for an extension to the agreed-upon briefing schedule.

4. Accordingly, the parties jointly request that the briefing schedule be amended as follows:

| | |
|---|---|
| May 9, 2008 | Plaintiff's motion for summary judgment |
| July 11, 2008 | Defendant's response and cross-motion for summary judgment |
| August 22, 2008 | Plaintiff's reply in support of its motion for summary judgment and response to Defendant's cross-motion for summary judgment |
| September 19, 2008 | Defendant's reply in support of its cross-motion for summary judgment |

Should the Court decide that oral argument would be helpful, the parties respectfully renew their request that the Court set the matter down for oral argument as soon after the conclusion of the above briefing schedule as is convenient.

For the foregoing reasons, the parties respectfully request that this Court enter an Order extending the agreed-upon briefing schedule. A proposed order consistent with this Joint Motion is attached hereto.

Respectfully submitted,

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| /s/<br>SIMON E. DANCE<br>(D.C. Bar No. 436432)<br>LENA ROBINS<br>(D.C. Bar No. 457251)<br>Foley & Lardner LLP<br>3000 K Street NW; Suite 500<br>Washington, DC  20007<br>(202) 672-5300<br>(202) 672-5399 (fax) | /s/<br>JEFFREY A. TAYLOR<br>(D.C. Bar No. 498610)<br>United States Attorney<br><br>/s/<br>CHRISTOPHER B. HARWOOD<br>(N.Y. Registration No. 4202982)<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 4th Street, NW<br>Washington, D.C.  20530<br>(202) 307-0372<br><br>/s/<br>ANDREW SPALDING<br>(D.C. Bar No. 501297)<br>U.S. Department of Health and Human Services<br>Office of the General Counsel<br>Health Care Financing Division<br>7500 Security Boulevard, CS-05-23<br>Baltimore, Maryland  21244-1850<br>(410) 786-8080<br><br>OF COUNSEL:<br><br>DANIEL MERON<br>General Counsel<br><br>CAROL J. BENNETT<br>Acting Associate General Counsel<br><br>MARK D. POLSTON<br>Deputy Associate General Counsel for Litigation<br><br>United States Department of Health and Human Services |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. DOYNE HOSPITAL, | ) |
|       Plaintiff, | ) |
| v. | )   Case No. 1:07-cv-1592 (JDB) |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, | ) |
|       Defendant. | ) |

## ORDER

Upon consideration of the parties' Joint Motion for Extension of the Briefing Schedule, it is hereby **ORDERED** that the following schedule shall govern the proceedings in this matter:

1. Plaintiff's motion for summary judgment shall be filed by May 9, 2008.

2. Defendant's response and cross-motion for summary judgment shall be filed by July 11, 2008.

3. Plaintiff's reply in support of its motion for summary judgment and response to Defendant's cross-motion for summary judgment shall be filed by August 22, 2008.

4. Defendant's reply in support if its cross-motion for summary judgment shall be filed by September 19, 2008.

                                                          /s/
                                        JOHN D. BATES
                                        United States District Judge

Copy to: ECF Counsel