UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. DOYNE HOSPITAL,<br>   Plaintiff,<br><br>v.<br><br><br>MICHAEL O. LEAVITT, Secretary of<br>   Health and Human Services,<br>      Defendant. | Civil No. 07-1592 (JDB)<br><br>ECF |

## PRAECIPE

Defendant requests that the Clerk of the Court enter the appearance of Andrew B. Spalding as agency counsel for Defendant in the above-captioned case.

                Respectfully submitted,

                /s/ Andrew B. Spalding
                ANDREW B. SPALDING
                Attorney
                D.C. Bar No. 501297
                U.S. Department of Health and Human Services
                Office of the General Counsel
                Centers for Medicare & Medicaid Services Division
                5309 Cohen Building
                330 Independence Avenue S.W.

OF COUNSEL:         Washington, D.C. 20201
                (202) 205-8705

JAMES C. STANSEL
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
   Counsel for Litigation

United States Department of
   Health and Human Services